IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN AND JANE DOES 1-5 ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:09CV12 |
| NORTH CAROLINA BAPTIST HOSPITAL and THE NORTH CAROLINA BAPTIST HOSPITAL AND APPLICABLE AFFILIATES GROUP HEALTH PLAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS REPRESENTATIVE COMPENSATION

This matter was heard before the undersigned United States District Court Judge on February 24, 2012, upon Class Counsel's Unopposed Motion for Final Approval of Class Representative Compensation [Doc. #44]. After consideration of the Motions and Exhibits, the supporting Memoranda, the pleadings, and arguments of counsel, the Court concluded that the requested Class Representative compensation in the amount of $4,000.00 for each of the five Class Representatives is fair and reasonable, and that such amount should be provided to each of the five Class Representatives, to be paid out of the Common Fund established for the Settlement Class. As such, the Court granted Class Counsel's Unopposed Motion for Final Approval of Class Representative Compensation as set out herein.

IT IS THEREFORE ORDERED that Class Counsel's Unopposed Motion for Final Approval of Class Representative Compensation [Doc. #44] is hereby GRANTED as set out

herein. IT IS FURTHER ORDERED that Class Representative Compensation in the amount of $4,000.00 shall be provided to each of the five Class Representatives in this case, to be paid out of the Common Fund established for the Settlement Class.

This the 24th day of February, 2012.

*James A. Beaty*
United States District Judge